UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  ROBERTS, KEITH CARSON   §   Case No. 09-35860
        ROBERTS, LORI MARIE     §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/06/2014 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/03/2014</u>         By:   <u>/s/Glenn R. Heyman</u>
                                             Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ROBERTS, KEITH CARSON § | Case No. 09-35860 |
| ROBERTS, LORI MARIE § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 62,000.00 |
| *and approved disbursements of* | $ 46,952.95 |
| *leaving a balance on hand of* [1] | $ 15,047.05 |
| **Balance on hand:** | $ 15,047.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,047.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 5,450.00 | 0.00 | 5,450.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,557.50 | 0.00 | 3,557.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 114.86 | 0.00 | 114.86 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,122.36 |
| Remaining balance: | $ 5,924.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00
Remaining balance:                                           $    5,924.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $        0.00
Remaining balance:                     $    5,924.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,197.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CANDICA, L.L.C. | 1,796.44 | 0.00 | 950.53 |
| 2 | Alliant Credit Union | 8,894.48 | 0.00 | 4,706.20 |
| 3 | Quantum3 Group LLC agent for World Financial Network Nat'l | 506.44 | 0.00 | 267.96 |

Total to be paid for timely general unsecured claims:  $    5,924.69
Remaining balance:                                     $        0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 09-35860-PSH
Keith Carson Roberts                                             Chapter 7
Lori Marie Roberts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen            Page 1 of 2              Date Rcvd: Feb 04, 2014
                            Form ID: pdf006         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2014.
```
db          #+Keith Carson Roberts,    274 Trowbridge Rd,    Elk Grove Village, IL 60007-3821
jdb         #+Lori Marie Roberts,    274 Trowbridge Rd,    Elk Grove Village, IL 60007-3821
14502814    +Alexian Brothers Med Center,    Bankruptcy Deparmtent,    800 Biesterfield Rd.,
              Elk Grove Village, IL 60007-3396
14502803    +Barclays Bank Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
14502808   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
              Richmond, VA 23285)
14502823    +CBA,    Attn: Bankruptcy Department,    PO Box 5013,    Hayward, CA 94540-5013
14502830    +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14502807    +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14502825     Children's Memorial Med. Ctr.,    Bankruptcy Department,    75 Remittance Dr., Ste. 92611,
              Chicago, IL 60675-2611
14502804    +Circuit City/Chase,    Attn: Bankruptcy Dept.,    201 N Walnut St # Del-10,
              Wilmington, DE 19801-2920
14502822    +DS Waters of NA,    Attn: Bankruptcy Dept.,    5660 New North Side Dr.,    #500,
              Atlanta, GA 30328-5826
14502797    +Dependon Collection SE,    Attn: Bankruptcy Dept.,    Po Box 4833,    Oak Brook, IL 60522-4833
14502818    +Faith Regional Health,    Attn: Bankruptcy Dept.,    PO Box 869,    Norfolk, NE 68702-0869
14502792    +Firstsource FIN Soluti,    Attn: Bankruptcy Dept.,    1900 W Severs Rd,    La Porte, IN 46350-7855
14502828    +Hauge Associates,    Attn: Bankruptcy Dept.,    2320 W. 49th Street,    Sioux Falls, SD 57105-6557
14502790    +KCA Financial SVCS,    Attn: Bankruptcy Dept.,    628 North St,    Geneva, IL 60134-1356
14502815    +MEA Elk Grove, LLC,    Bankruptcy Department,    PO Box 5964,    Carol Streat, IL 60197-5964
14502801    +Macy's/DSNB,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
14502829    +Mage & Price,    Attn: Bankruptcy Dept.,    707 Lake Cook Rd #314,    Deerfield, IL 60015-4933
14502827    +Medical Business Bureau,    Bankruptcy Department,    PO Box 1219,    Park Ridge, IL 60068-7219
14502824    +Northwest Community Hospital,    Attn: Bankruptcy Dept.,    3060 Salt Creek #110,
              Arlington Heights, IL 60005-5027
14502816    +Sears/Citibank,    Bankruptcy Department,    PO Box 182149,    Columbus, OH 43218-2149
14502811    +Target National Bank,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
14502820    +Village of Hinsdale,    Attn: Bankruptcy Department,    19 E. Chicago Ave.,
              Hinsdale, IL 60521-3489
14502809     Wells Fargo Bank,    Attn: Bankruptcy Dept.,    Po Box 5445,    Portland, OR 97228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14502821     E-mail/Text: KM@ARCONCEPTSINC.COM Feb 05 2014 01:22:59     A/R Concepts, Inc.,
              Bankruptcy Department,    33 W. Higgins Road #715,    South Barrington, IL 60010-9103
14502810     E-mail/Text: bankruptcy@alliantcreditunion.com Feb 05 2014 01:22:31     Alliant Credit Union,
              Attn: Bankruptcy Dept.,    11545 W Touhy Ave,    Chicago, IL 60666
14502791     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 05 2014 01:15:57     American Honda Finance,
              Attn: Bankruptcy Dept.,    2170 Point Blvd Ste 100,    Elgin, IL 60123
14502831    +E-mail/Text: g20956@att.com Feb 05 2014 01:22:47     AT&T Mobility,    Bankruptcy Department,
              PO Box 6428,    Carol Stream, IL 60197-6428
14856360    +E-mail/Text: bncmail@w-legal.com Feb 05 2014 01:15:58     CANDICA, L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14502806    +E-mail/Text: ebnsterling@weltman.com Feb 05 2014 01:15:13     Kay Jewelers,
              Attn: Bankruptcy Dept.,    375 Ghent Rd,    Akron, OH 44333-4600
14502795     E-mail/Text: bankruptcydepartment@ncogroup.com Feb 05 2014 01:16:17     NCO FIN/55,
              Attn: Bankruptcy Dept.,    Po Box 13570,    Philadelphia, PA 19101
14502817    +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2014 01:15:36     Midland Credit Management,
              Bankruptcy Department,    8875 Aero Dr., Ste. 200,    San Diego, CA 92123-2255
14502802    +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 05 2014 01:16:17
              NCO Financial Systems, Inc,    Bankruptcy Department,    507 Prudential Rd.,
              Horsham, PA 19044-2308
14502798    +E-mail/Text: ebn@professionalrecoveryinc.com Feb 05 2014 01:22:41     Professional Recovery,
              Attn: Bankruptcy Dept.,    7319 W Jefferson Blvd,    Fort Wayne, IN 46804-6237
18531297     E-mail/Text: bnc-quantum@quantum3group.com Feb 05 2014 01:15:23
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
              Kirkland, WA  98083-0788
14502805    +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2014 01:17:33     Sam's Club/GEMB,
              Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14502813*   +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14502793*   +Firstsource FIN Soluti,    Attn: Bankruptcy Dept.,    1900 W Severs Rd,    La Porte, IN 46350-7855
14502794*   +Firstsource FIN Soluti,    Attn: Bankruptcy Dept.,    1900 W Severs Rd,    La Porte, IN 46350-7855
14502800*   +KCA Financial SVCS,    Attn: Bankruptcy Dept.,    628 North St,    Geneva, IL 60134-1356
14502796*  ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO FIN/55,     Attn: Bankruptcy Dept.,    Po Box 13570,
              Philadelphia, PA 19101)
14502826*   +Midland Credit Management,    Bankruptcy Department,    8875 Aero Dr., Ste. 200,
              San Diego, CA 92123-2255
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2                  Date Rcvd: Feb 04, 2014
                              Form ID: pdf006           Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****
14502799*    +Professional Recovery,    Attn: Bankruptcy Dept.,    7319 W Jefferson Blvd,
               Fort Wayne, IN 46804-6237
14502819   ##+Denis J. O'Connell DS,    Attn: Bankruptcy Dept.,    1102 S. Roselle Rd,
               Schaumburg, IL 60193-4072
14502812   ##+Lane Bryant Retail,    Attn: Bankruptcy Dept.,    450 Winks Ln,    Bensalem, PA 19020-5943
                                                                                          TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2014                                Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2014 at the address(es) listed below:
              Glenn R Heyman    on behalf of Trustee Glenn R Heyman, ESQ ,
               slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Kyle T Dallmann    on behalf of Joint Debtor Lori Marie Roberts ndil@geracilaw.com
              Kyle T Dallmann    on behalf of Debtor Keith Carson Roberts ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```