**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROBERTS, KEITH CARSON § Case No. 09-35860
      ROBERTS, LORI MARIE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $26,177.00 *(without deducting any secured claims)* | Assets Exempt: $27,477.00 |
| Total Distribution to Claimants: $12,591.35 | Claims Discharged Without Payment: $41,155.67 |
| Total Expenses of Administration: $34,408.65 | |

    3) Total gross receipts of $ 62,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $47,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,256.00 | $6,666.66 | $6,666.66 | $6,666.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 34,408.65 | 34,408.65 | 34,408.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,983.00 | 11,197.36 | 11,197.36 | 5,924.69 |
| **TOTAL DISBURSEMENTS** | $63,239.00 | $52,272.67 | $52,272.67 | $47,000.00 |

4) This case was originally filed under Chapter 7 on September 28, 2009. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2014          By: /s/GLENN R. HEYMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury case | 1142-000 | 62,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$62,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lori Marie Roberts | Personal Injury Claim Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Honda Finance | 4210-000 | 17,256.00 | N/A | N/A | 0.00 |
| | State Farm Mutual Automobile Insurance Company | 4210-000 | N/A | 6,666.66 | 6,666.66 | 6,666.66 |
| **TOTAL SECURED CLAIMS** | | | **$17,256.00** | **$6,666.66** | **$6,666.66** | **$6,666.66** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 5,450.00 | 5,450.00 | 5,450.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,557.50 | 3,557.50 | 3,557.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 114.86 | 114.86 | 114.86 |
| Harman, Fedick & Markley, Ltd. | 3210-600 | N/A | 24,800.00 | 24,800.00 | 24,800.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Harman, Fedick & Markley, Ltd. | 3220-610 | N/A | | 437.20 | 437.20 | 437.20 |
| Rabobank, N.A. | 2600-000 | N/A | | 49.09 | 49.09 | 49.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $34,408.65 | $34,408.65 | $34,408.65 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA, L.L.C. | 7100-000 | 1,500.00 | 1,796.44 | 1,796.44 | 950.53 |
| 2 | Alliant Credit Union | 7100-000 | 8,100.00 | 8,894.48 | 8,894.48 | 4,706.20 |
| 3 | Quantum3 Group LLC agent for World Financial Network | 7100-000 | 500.00 | 506.44 | 506.44 | 267.96 |
| NOTFILED | Midland Credit Management | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO FIN/55 | 7100-000 | 166.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's/DSNB | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Mage & Price | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO FIN/55 | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial SVCS | 7100-000 | 236.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial SVCS | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Recovery | 7100-000 | 165.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Village of Hinsdale | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 7,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club/GEMB | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Citibank | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Recovery | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Jewelers | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Community Hospital | 7100-000 | 1,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource FIN Soluti | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| NOTFILED | Hauge Associates | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,544.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Med Center | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Children's Memorial Med Ctr | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource FIN Soluti | 7100-000 | 304.00 | N/A | N/A | 0.00 |
| NOTFILED | Faith Regional Health | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection SE | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| NOTFILED | DS Waters of NA | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Circuit City/Chase | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Denis J. O'Connell DS | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource FIN Soluti | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,983.00 | $11,197.36 | $11,197.36 | $5,924.69 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-35860  
**Case Name:** ROBERTS, KEITH CARSON  
ROBERTS, LORI MARIE  
**Period Ending:** 04/29/14

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 09/28/09 (f)  
**§341(a) Meeting Date:** 11/09/09  
**Claims Bar Date:** 04/13/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Bank of America checking account #xxxxx6729 | 2,953.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America savings account #xxxxx6745 | 74.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit with landlord<br>    Security Deposit with landlord, valued at $2,000.00 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4 | Household goods; Big/flat screen TV, DVD player | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding ring set | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Minolta Camera | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 1.00 | | 0.00 | FA |
| 11 | Pension w/ Employer/Former Employer - 100% Exemp<br>    Pension w/ Employer/Former Employer - 100% Exempt. | 1,300.00 | 0.00 | | 0.00 | FA |
| 12 | American Honda Finance - 2008 Honda Civic (over<br>    American Honda Finance - 2008 Honda Civic (over 22,000 miles) | 16,000.00 | 0.00 | | 0.00 | FA |
| 13 | Family Pets/Animals. 2 Dogs | Unknown | Unknown | | 0.00 | FA |
| 14 | Potential Personal Injury case  (See Footnote) | 1.00 | 0.00 | | 62,000.00 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$26,178.00** | **$2,501.00** | | **$62,000.00** | **$0.00** |

RE PROP# 14     Current value unknown, PI case still pending

---

**Major Activities Affecting Case Closing:**

12/2010: PI case pending; follow-up with PI atty for status.
12/2011: PI case still pending.
12/2013: Settlement stages of PI case.
06/15/2013: Settlement reached, will file motion to approve settlement with BK Court.
02/03/2014: TFR filed with Court. Hg on March 6, 2014 at 10:30am J-Hollis (dk)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-35860  **Trustee:** (330360) GLENN R. HEYMAN
**Case Name:** ROBERTS, KEITH CARSON  **Filed (f) or Converted (c):** 09/28/09 (f)
ROBERTS, LORI MARIE  **§341(a) Meeting Date:** 11/09/09
**Period Ending:** 04/29/14  **Claims Bar Date:** 04/13/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** February 3, 2014 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-35860  
**Case Name:** ROBERTS, KEITH CARSON  
ROBERTS, LORI MARIE  
**Taxpayer ID #:** **-***2001  
**Period Ending:** 04/29/14

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/10/13 | {14} | Country Casualty Insurance Company | Gross Proceeds from personal injury claim of Lori Roberts | 1142-000 | 62,000.00 | | 62,000.00 |
| 10/14/13 | 101 | Harman, Fedick & Markley, Ltd. | Special Counsel Fees | 3210-600 | | 24,800.00 | 37,200.00 |
| 10/14/13 | 102 | Harman, Fedick & Markley, Ltd. | Special Counsel Expenses | 3220-610 | | 437.20 | 36,762.80 |
| 10/14/13 | 103 | State Farm Mutual Automobile Insurance Company | Insurance Lien Claim number 13-A669-415 Stopped on 11/14/13 | 4210-004 | | 6,666.66 | 30,096.14 |
| 10/14/13 | 104 | Lori Marie Roberts | Personal Injury Claim Exemption | 8100-002 | | 15,000.00 | 15,096.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.09 | 15,047.05 |
| 11/14/13 | 103 | State Farm Mutual Automobile Insurance Company | Insurance Lien Claim number 13-A669-415 Stopped: check issued on 10/14/13 | 4210-004 | | -6,666.66 | 21,713.71 |
| 11/14/13 | 105 | State Farm Mutual Automobile Insurance Company | Payment of insurance lien, Insurance Claim#13-A669-415 | 4210-000 | | 6,666.66 | 15,047.05 |
| 03/06/14 | 106 | GLENN R. HEYMAN | Dividend paid 100.00% on $5,450.00, Trustee Compensation; Reference: | 2100-000 | | 5,450.00 | 9,597.05 |
| 03/06/14 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $114.86, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 114.86 | 9,482.19 |
| 03/06/14 | 108 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,557.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,557.50 | 5,924.69 |
| 03/06/14 | 109 | CANDICA, L.L.C. | Dividend paid 52.91% on $1,796.44; Claim# 1; Filed: $1,796.44; Reference: | 7100-000 | | 950.53 | 4,974.16 |
| 03/06/14 | 110 | Alliant Credit Union | Dividend paid 52.91% on $8,894.48; Claim# 2; Filed: $8,894.48; Reference: | 7100-000 | | 4,706.20 | 267.96 |
| 03/06/14 | 111 | Quantum3 Group LLC agent for World Financial Network Nat'l | Dividend paid 52.91% on $506.44; Claim# 3; Filed: $506.44; Reference: | 7100-000 | | 267.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 62,000.00 | 62,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 62,000.00 | 62,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,000.00** | **$47,000.00** | |

{} Asset reference(s)

Printed: 04/29/2014 01:39 PM   V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-35860 | | **Trustee:** | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| **Case Name:** | ROBERTS, KEITH CARSON | | **Bank Name:** | Rabobank, N.A. |
| | ROBERTS, LORI MARIE | | **Account:** | ******1566 - Checking Account |
| **Taxpayer ID #:** | **-***2001 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/29/14 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

  Net Receipts :           62,000.00
  Less Payments to Debtor :   15,000.00
  ─────────────
  Net Estate :             $47,000.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1566** | 62,000.00 | 47,000.00 | 0.00 |
| | $62,000.00 | $47,000.00 | $0.00 |

{} Asset reference(s)                                          Printed: 04/29/2014 01:39 PM    V.13.14